FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 DEC 21  PM 4:23

CLERK_____
SO. DIST. OF GA.

ROBERT M. OSBORNE, JR.,      )
DONNA OSBORNE, and           )
DRI, LLC,                    )
                             )
        Plaintiffs,          )          C V 4 1 0 − 2 9 6
                             )
vs.                          )       CIVIL ACTION NO. _____
                             )
DARBY BANK & TRUST CO.,      )
DRAYPROP, LLC, DRAYPARK,     )
LLC, MICHAEL BROWN and       )
REUBEN CROLL,                )
                             )
        Defendants.          )

## NOTICE OF REMOVAL BY THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DARBY BANK & TRUST CO.

COMES NOW the Federal Deposit Insurance Corporation ("FDIC"), as Receiver of the business and property of Darby Bank & Trust Co. ("Darby Bank"), and, pursuant to 12 U.S.C. § 1819(b)(2)(B) and 28 U.S.C. § 1441, hereby removes the above-captioned lawsuit from the State Court of Chatham County, Georgia, where the action is currently pending, to the United States District Court for the Southern District of Georgia, showing the following:

1.

On October 13, 2008, Plaintiffs filed this action against Darby Bank, Drayprop, LLC, Draypark, LLC, Michael Brown and Reuben Croll in the State Court of Chatham County, Georgia, Civil Action No. STCV0804464.

1

2.

On November 12, 2010, Darby Bank was closed by the Georgia Department of Banking and Finance (the "GDBF"). The GDBF took possession of Darby Bank and appointed the FDIC as its Receiver.  The FDIC accepted the appointment as Receiver pursuant to 12 U.S.C. § 1821(c)(3)(A) and seized control over Darby Bank as of November 12, 2010.

3.

Also on November 12, 2010, the GDBF filed a Petition for the Appointment of the FDIC in a case styled In the Matter of: Darby Bank & Trust, Co., Civil Action File No. 10-CV-1288, In The Superior Court of Toombs County, State of Georgia. The Superior Court of Toombs County entered a Consent Order appointing the FDIC as Receiver of Darby Bank the same day (the "Order").  The Order provides that the FDIC shall have all the rights and powers as Receiver under the Federal Deposit Insurance Act, including 12 U.S.C. § 1821, and all other applicable state and federal law. A copy of the Order is attached hereto as Exhibit "1".

4.

Pursuant to 12 U.S.C. § 1819(b)(2)(A), all suits of a civil nature at common law or in equity to which the FDIC, in any capacity, is a party shall be deemed to arise under the laws of the United States.

5.

This case is removable under the authority of 28 U.S.C. § 1441(b) which provides, in relevant part, that "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties *or laws of the United States* shall be removable without regard to the citizenship or residence of the parties." (Emphasis added).

6.

12 U.S.C. § 1819(b)(2)(B) provides, in pertinent part, that the FDIC "may, without bond or security, remove any action, suit or proceeding from a State court to the appropriate United States district court before the end of the 90-day period beginning on the date the action, suit or proceeding is filed against the [FDIC] or the [FDIC] is substituted as a party."

7.

The FDIC has entered an appearance and filed a Notice of Substitution in this action, such that this Notice of Removal is timely filed under the provisions of 12 U.S.C. § 1819(b)(2)(B).

8.

In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders filed in the State Court of Chatham County are collectively attached hereto as Exhibit "2" and made a part hereof by reference.

9.

Pursuant to 28 U.S.C. § 1446(d), the FDIC shall promptly serve notice of the filing of this Notice of Removal upon all parties of record in the State Court action and shall file a copy of said notice with the Clerk of the State Court of Chatham County, Georgia, so as to effect this removal.

10.

Venue properly lies with this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this action is presently pending in the State Court of Chatham County, Georgia.

11.

This Notice of Removal is signed in accordance with 28 U.S.C. § 1446(a) pursuant to Rule 11 of the Federal Rules of Civil Procedure.

3

Respectfully submitted, this 21st day of December, 2010.

Kathleen Horne
Georgia Bar No.: 367456
Glen M. Darbyshire
Georgia Bar No.: 205210

Attorneys for the Federal Deposit Insurance
Corporation, as Receiver for Darby Bank &
Trust Co.

INGLESBY, FALLIGANT, HORNE
COURINGTON & CHISHOLM, P.C.
P.O. Box 1368
Savannah, GA 31401
(912) 232-7000 Telephone

IN THE SUPERIOR COURT OF TOOMBS COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | |
| | * | CIVIL ACTION FILE |
| DARBY BANK & TRUST, CO. | * | NO. 10-cv-1288 |
| | * | |
| | * | RECEIVERSHIP |

FILED BY TOOMBS COUNTY
CLERK OF COURTS
2010 NOV 12   AM 10: 03

## CONSENT ORDER

The Georgia Department of Banking and Finance has filed a Petition for the

Appointment of the Federal Deposit Insurance Corporation to be appointed Receiver of

the business and property of Darby Bank & Trust, Co. ("Darby Bank"). Darby Bank has

consented to the relief sought in the Petition of the Georgia Department of Banking and

Finance.

IT IS HEREBY ORDERED that the Federal Deposit Insurance Corporation is

hereby appointed Receiver of Darby Bank and shall have all the rights and powers as

Receiver under the F.D.I. Act, including 12 U.S.C. Section 1821, and all other applicable

state and federal law.

This Order is to be effective upon the Georgia Department of Banking and

Finance taking possession of Darby Bank on November 12, 2010.

ORDERED this 12 day of November 2010

JUDGE, SUPERIOR COURT
MIDDLE JUDICIAL CIRCUIT

(signatures continued on next page)

EXHIBIT
1

Consented to by:

Lyn G. Schroeder, Esq.
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6904
E-mail: lyn.schroeder@bryancave.com
Ga. Bar No. 315308
Attorney for Darby Bank & Trust, Co.

Oscar B. Fears, III
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 656-3303
E-mail: bfears@law.ga.gov
Ga. Bar No. 257020
Attorney for the Georgia Department of Banking and Finance

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT M. OSBORNE, JR., | ) | |
| DONNA OSBORNE, and | ) | |
| DRI, LLC, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. _____ |
| | ) | |
| DARBY BANK & TRUST CO., | ) | |
| DRAYPROP, LLC, DRAYPARK, | ) | |
| LLC, MICHAEL BROWN and | ) | |
| REUBEN CROLL, | ) | |
| | ) | |
|     Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Removal upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

| | | |
|---|---|---|
| Brent J. Savage | R. Clay Ratterree | Kirby G. Mason |
| Ashleigh R. Madison | Jason C. Pedigo | Nicholas J. Laybourn |
| Savage, Turner, Kraeuter, | Ellis, Painter, Ratteree & | Hunter, Maclean, Exley & |
| Pinckney, Britt & Madison | Adams LLP | Dunn, P.C. |
| P.O. Box 10600 | Post Office Box 9946 | Post Office Box 9848 |
| Savannah, Georgia 31412 | Savannah, Georgia 31412 | Savannah, GA 31412-0048 |

This 21st day of December, 2010.

_____

Kathleen Horne
Georgia Bar No.: 367456
C. Helen Bacon
Georgia Bar No.: 385019

Inglesby, Falligant, Horne, Courington, & Chisholm, P.C.
17 West McDonough Street
Post Office Box 1368
Savannah, Georgia 31402
(912) 232-7000